UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CALVIN THORNTON,
Petitioner,
vs.
TIM BUSBY, WARDEN,
Respondent.

Case No. CV 10-6343-DDP (DTB)

ORDER TO SHOW CAUSE

On October 13, 2011, the Court issued an Order Dismissing Petitioner's Complaint with Leave to Amend ("Order") in this matter. In its Order, the Court construed petitioner's Petition as a civil rights claim under 42 U.S.C. § 1983 dismissing the same for failure to state a claim upon which relief can be granted. The Court afforded petitioner the opportunity to file a First Amended Complaint.

Despite the Court's Order, petitioner has failed to file a First Amended Complaint.

Accordingly, on or before **April 6, 2012**, petitioner is ORDERED to either (a) advise the Court that he does not desire to pursue his claim; (b) if petitioner does desire to pursue his claim, show good cause in writing, if any exists, why petitioner has not filed with the Court his First Amended Complaint, and why the Court should not recommend that this action be dismissed, with prejudice, for failure to prosecute

and failure to comply with the Court's prior Order; or (c) serve and file a First Amended Complaint. Petitioner is forewarned that, if he fails to do either, the Court may deem such failure a further violation of a Court order justifying dismissal, and also deem such failure as further evidence of a lack of prosecution on petitioner's part.

DATED: March 8, 2012

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE