JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN THORNTON,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>TIM BUSBY, Warden,<br><br>　　　　　Respondent. | Case No.  CV 10-6343-DDP (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  June 11, 2012

　　　　　　　　　　　　　　　　　　　　／s／ Dean D. Pregerson
　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE