JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CALVIN THORNTON,                          )     Case No.  CV 10-6343-DDP (DTB)
                                          )
                 Petitioner,              )
                                          )
        vs.                               )          **J U D G M E N T**
                                          )
                                          )
TIM BUSBY, Warden,                        )
                                          )
                                          )
                 Respondent.              )
                                          )

        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that this action is dismissed without prejudice.


DATED:   June 11, 2012

                                          _____
                                          DEAN D. PREGERSON
                                          UNITED STATES DISTRICT JUDGE